796 A.2d 312

Stephen B. HENSLER, Respondent,

v.

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, Petitioner.

Supreme Court of Pennsylvania.

May 14, 2002.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of May, 2002, the Petition for Allowance of Appeal is **GRANTED,** and the Order of the Commonwealth Court is **REVERSED** based upon *Bourdeev v. PennDOT,* 755 A.2d 59 (Pa.Cmwlth.2000), *aff'd,* 566 Pa. 591, 782 A.2d 539 (2001).